**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:11cv110**

| | |
|---|---|
| **WILLIAM JOSEPH JAMES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## J U D G M E N T

For the reasons stated in the Order of Remand entered simultaneously

herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this

matter is hereby **REMANDED** to the Commissioner of Social Security.

**IT IS SO ORDERED.**

Signed: October 19, 2011

Martin Reidinger
United States District Judge